# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Peggy J. Johnson,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:07-cv-15

Michael J. Astrue,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/2/2008 Order.


    Signed: October 2, 2008

_____
Frank G. Johns, Clerk
United States District Court